# Exhibit 1

Case 1:25-cv-01239-UNA    Document 1-1    Filed 10/08/25    Page 2 of 6 PageID #: 7



US008417402B2

(12) **United States Patent**
Basir

(10) Patent No.: **US 8,417,402 B2**
(45) Date of Patent: **Apr. 9, 2013**

(54) **MONITORING OF POWER CHARGING IN VEHICLE**

(75) Inventor: **Otman A. Basir**, Waterloo (CA)

(73) Assignee: **Intelligent Mechatronic Systems Inc.**, Waterloo, Ontario (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 659 days.

(21) Appl. No.: **12/643,377**

(22) Filed: **Dec. 21, 2009**

(65) **Prior Publication Data**

US 2010/0161165 A1    Jun. 24, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/139,350, filed on Dec. 19, 2008.

(51) **Int. Cl.**
*B60L 9/00*    (2006.01)
(52) **U.S. Cl.**
USPC ........................... **701/22**; 180/65.21; 701/300
(58) **Field of Classification Search** .................... 701/22, 701/300; 180/65.21, 65.265; 705/14.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,532,418 A | 7/1985 | Meese et al. | |
| 5,742,914 A | 4/1998 | Hagenbuch | |
| 7,181,409 B1 | 2/2007 | Murakami et al. | |
| 2005/0178632 A1 | 8/2005 | Ross | |
| 2010/0286909 A1* | 11/2010 | Tate et al. | ..................... 701/209 |

OTHER PUBLICATIONS

International Search Report for PCT Application No. PCT/CA2009/001864, Apr. 8, 2010.

* cited by examiner

*Primary Examiner* — Gertrude Arthur Jeanglaude
(74) *Attorney, Agent, or Firm* — Carlson, Gaskey & Olds P.C.

(57) **ABSTRACT**

A energy meter unit for an electric vehicle contains energy measuring circuitry, a GPS unit, a CPU, and memory. The energy meter unit is capable of detecting the amount of energy charged at a specific location and storing that information for later uses, such as with a governmental incentive program.

**19 Claims, 2 Drawing Sheets**





*Fig-1*

Case 1:25-cv-01239-UNA   Document 1-1   Filed 10/08/25   Page 4 of 6 PageID #: 9



*Fig-2*

US 8,417,402 B2

1

## MONITORING OF POWER CHARGING IN VEHICLE

This application claims priority to U.S. Provisional Application Ser. No. 61/139,350, filed Dec. 19, 2008.

## BACKGROUND OF THE INVENTION

The present provisional application relates to an apparatus and method for tracking energy charging characteristics in an electric vehicle.

Many governmental bodies are introducing incentive programs as an effort to convince people to utilize alternative fuel cars such as electric vehicles. Among these incentive programs are programs which allow people to receive a discount or other credit for electricity they use to energy their electric cars. Since electric cars can be charged at any location, and not only at designated "charging stations," it is desirable to differentiate between electric energy used for charging the vehicle and energy used for other purposes. In addition to differentiating between energy used for general purposes and energy used to charge the vehicle, it is desirable to track the energy used to charge the vehicle in order to properly benefit from the incentive systems.

Without a device capable of differentiating between energy used for charging an electric vehicle and energy used for other unrelated purposes, as well as tracking and reporting the energy used for charging, electric car owners are restricted to charging their electric car at designated charging stations in order to receive the benefits of any incentive programs.

## SUMMARY OF THE INVENTION

The present invention provides a device which can track the amount of energy used to charge an electric vehicle in a specific location. The device can then associate the amount of energy charged with the location where the energy was charged, and report this information to a data collection unit. The energy used to charge the vehicle may be billed at a discounted rate to the extent it can be verified that the energy was used to charge the vehicle.

These and other features of the present invention can be best understood from the following specification and drawings, of which the following is a brief description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a vehicle with an energy meter installed.
FIG. **2** illustrates an example energy meter unit.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG. **1**, an energy meter unit **14** for an electric vehicle **12** can be placed inside the vehicle **12**. The vehicle **12** includes one or more batteries **16** for driving one or more motors **18** for driving the wheels of the vehicle **12**. The energy meter unit **14** monitors energy received from a charging station or energy source **19** used to charge the battery **16**. The energy source **19** could be a specialized charging station or household electrical outlet (or household **220** line). A specialized charging station may include an identification module **17**, that communicates the identification (e.g. location) of the energy supplier/charging station to the energy meter unit **14**. The energy meter unit **14** may connect to the vehicle **12** on-board diagnostics (OBD) port **15**.

2

The energy meter unit **14** contains a GPS unit **38** which is capable of communicating with GPS satellites **26**, thereby determining the location of the vehicle **12** at any given time. The energy meter unit **14** is also capable of communicating stored information with a data collection unit **24** (e.g. server on a wide-area network, such as the internet), either through a user computer **28** with an internet connection **22**, or through another connection to the data collection unit **24**, such as a wireless network **20**.

Referring to FIG. **2**, an example embodiment of the energy meter unit **14** is depicted. The energy meter unit **14** has a GPS module **38** (or other location-determining hardware, such as cell-tower triangulation, or accelerometers, speedometer, compass, and other dead-reckoning hardware and software, etc), energy measuring circuitry **36**, a central processing unit **30**, and a memory **32**. The example of FIG. **2** can also include a connector **42** which can connect into a vehicle's data bus and a data transmission module **40**.

The data transmission module **40** can be a wireless transmission device (wi-fi, 802.11, gprs, cell phone transceiver, Bluetooth, or rf transmitter, satellite communication module, or the like), removable storage media (usb, flash memory, hard drive, etc), or some other form of transferring data. It is additionally possible to include a communication device **34** which is capable of communicating with an electricity meter at an energy supply (e.g., a charging station). The communication device **34** can obtain information regarding the specific energy supplier and forward that information to the CPU **30**. For example, if a user charged their car using a recharging station at 1234 Main Street, the communication device **34** would connect to a compatible device in the charging station, obtain the identifying information, and tell the CPU **30** that a recharge of a certain amount occurred at 1234 Main Street.

In the above described system, as soon as the battery **16** is connected to an energy source **19** for charging, the energy meter unit **14** measures and registers a battery's energy level. The energy meter unit **14** then monitors the energy level of the battery **16** and an amount of energy delivered by the energy source **19** throughout the charging session resulting in data representing total energy used in the charging session, energy stored in the battery, or any other desired energy statistic.

The energy meter unit **14** can also connect to the vehicle data bus (e.g. ODB **15**) to determine and record any identifying information such as the vehicle identification number (VIN) of the vehicle **12**. Based on this, the energy meter unit **14** and an energy point can determine that the energy supplied by the energy point was used to charge a battery **16** used by the specific vehicle **12**. This can be used by the server **24** to provide the energy source **19** owner with energy credit for charging vehicle **12**, and/or can be used to provide the owner of the vehicle **12** a credit for the amount of energy he bought from the energy source **19**. The GPS reading can provide further evidence that vehicle **12** was charged during certain time at a specific location.

In operation, as soon as the battery **16** that is used to energy the electrical vehicle **12** is connected to an energy source **19** for charging, the energy meter unit **14** measures and registers the battery's energy level prior to charging. The energy meter unit **14** then monitors the energy level of the battery **16** and the amount of energy delivered by energy source **19** during the charging session (comparing the two allows for energy leakage measurement, and provides credit options to the server **24** as to credit for what was delivered versus for what was stored in the battery **16**). The energy meter unit **14** will also contact the vehicle ODB **15** to enquire and record the vehicle identification number of the vehicle **12** that uses the battery **16** being charged. Based on this one can determine that the

US 8,417,402 B2

3

energy supplied by the energy source **19** was used to charge the battery **16** used by vehicle **12**. This can be used by server **24** to provide the energy source **19** owner with energy credit for charging vehicle **12**, and can also be used to provide the owner of the vehicle **12** a credit for the amount of energy he/she bought from the energy source **19**. The GPS reading can provide further evidence that the vehicle **12** with that VIN was charged during a certain time at the GPS location. This GPS location can be used to determine an address (geocoding) and the address can be used to facilitate proper credits given to energy source **19** located at the address. Furthermore, the GPS locations (and hence the address) associated with the energy charging session can be used to validate a claim (s) by an energy source **19** associated with the address that it truly supplied a certain amount of energy to vehicle **12**.

If the energy source **19** has electronic identification **17** that it can transmit to the energy meter unit **14**, then this identification information is also recorded by the energy meter unit **14** and transmitted to server **24**. The GPS information can also be used to track vehicle **12** driving usage, so as to enable road based energy consumption calculations and congestion/road class related incentives and credits on the server **24**.

The data collection unit **24** collects from the energy meter unit **14** via one or more of the means described above (wirelessly or via a home computer). The data collection unit **24** allows the user to login to his/her account to review energy charging events using the home user computer **28**. The data collection unit **24** transmits relevant usage data to appropriate government and other credit agencies. Such agencies can also access the data collection unit **24** to validate claims, and to develop aggregated usage data across multiple users and/or with respect to spatial relevant usage data, for example, how much electrical energy was consumed in a certain geographical area.

In this application, "battery" refers to one or more batteries, since a "battery" often comprises several battery units combined together. "Electric vehicle" refers to any vehicle using electricity for locomotion, whether a pure electric vehicle, hybrid, etc.

Although a preferred example has been disclosed, a worker of ordinary skill in this art would recognize that certain modifications would come within the scope of this invention. For that reason, the following claims should be studied to determine the true scope and content of this invention.

What is claimed is:

**1**. An energy meter for an electric vehicle comprising:
a location-determining system for determining a current location of the vehicle;
an energy meter for measuring a charge energy supplied to a battery on the vehicle; and
a processor receiving the current location and measure of energy charging the battery and associating the measure of charge energy supplied to the battery with the location at which the battery was supplied with the charge energy.

**2**. The energy meter of claim **1** wherein said processor is capable of associating the measure of charge energy with the location based on information from a GPS receiver.

**3**. The energy meter of claim **1** wherein said energy meter is connected to a vehicle data bus thereby allowing the processor to obtain vehicle location information and associate the vehicle information with the charge energy.

**4**. The energy meter of claim **1** additionally comprising a data transmission module capable of transmitting the mea-

4

sure and the location via at least one of a wireless communication method or a removable memory method.

**5**. The energy meter of claim **4** wherein said data transmission module transmits the measure and location to a data collection server.

**6**. The energy meter of claim **1** wherein the energy meter receives energy supplier information regarding a source of the charge energy supplied to the battery.

**7**. A method for tracking electric energy charging in an electric vehicle comprising the steps of;
determining a current location of the vehicle;
determining an amount of energy supplied to a battery on the vehicle at the current location; and
associating the amount of energy supplied with the current location.

**8**. The method of claim **7** additionally comprising the steps of obtaining and storing vehicle identification information specifically identifying the vehicle and associating the energy supplied with said vehicle.

**9**. The method of claim **7** comprising the additional step of transmitting said amount of energy supplied and said current location to a data collection server.

**10**. The method of claim **7** further including the steps of:
a) determining an amount of energy sent to the battery;
b) determining an amount of energy stored by the battery during said step a); and
c) determining an amount of energy lost based upon said steps a) and b).

**11**. A method for tracking energy charging in an electric vehicle including the steps of:
receiving a measure of energy supplied to a battery of a vehicle;
receiving a location of the vehicle at which the energy was supplied to the battery; and
associating the measure of energy with the battery.

**12**. The method of claim **11** further including the step of charging for the energy supplied to the battery based upon the location at which the energy was supplied.

**13**. The method of claim **11** further including the step of granting a credit for the measure of energy supplied to the battery of the vehicle, wherein the credit is granted based upon the measure of energy and the location.

**14**. The method of claim **11** wherein a payment rate for the energy supplied to the battery is determined based upon a confirmation that the energy was supplied to the battery of the vehicle.

**15**. The method of claim **11** further including the step of providing a credit for the energy supplied, wherein the credit is provided to the location at which the battery was charged.

**16**. The method of claim **11** further including the step of receiving driving information, including locations where the vehicle is driven and determining road-based incentives, credits or charges.

**17**. The method of claim **7** wherein the current location of the vehicle is determined based on information from a GPS receiver.

**18**. The method of claim **11** wherein the location of the vehicle is determined based on information from a GPS receiver.

**19**. The method of claim **11** additionally comprising the steps of receiving vehicle identification information specifically identifying the vehicle and associating the energy supplied with said vehicle.

* * * * *