# Exhibit 2

Charted Claims:

Method Claim:7

| US8417402 | Chargepoint App ("Accused instrumentality") |
|---|---|
| 7. A method for tracking electric energy charging in an electric vehicle comprising the steps of; determining a current location of the vehicle; | The accused instrumentality practices a method for tracking (e.g., monitoring) electric energy charging in an electric vehicle (e.g., EV connected to a charger) comprising the steps of; determining a current location (e.g., identifying charging location of the EV) of the vehicle (e.g., EV connected to a charger).<br><br>As shown below, the accused instrumentality enables real-time monitoring of charging status of an electric vehicle (EV). It detects current location of the EV where the EV is plugged in to a charger.<br><br> |

https://www.chargepoint.com/drivers/mobile



https://apps.apple.com/us/app/chargepoint/id356866743



https://www.youtube.com/watch?v=aYXVS02JKkw



https://apps.apple.com/us/app/chargepoint/id356866743

| | |
|---|---|
| | <br><br>https://chargedevs.com/newswire/chargepoint-home-review/ |
| determining an amount of energy supplied to a battery on the vehicle at the current location; | The accused instrumentality practices determining an amount of energy (e.g., energy consumed by the EV) supplied to a battery (e.g., battery of an EV) on the vehicle (e.g., EV connected to a charger) at the current location (e.g., charging location of the EV).<br><br>As shown below, the accused instrumentality enables monitoring of the energy consumed by the EV , while the EV is charging. |



https://chargedevs.com/newswire/chargepoint-home-review/

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=aYXVS02JKkw |
| associating the amount of energy supplied with the current location. | The accused instrumentality practices associating (e.g., in a current session or charge history) the amount of energy (e.g., energy consumed by the EV) supplied with the current location (e.g., charging location of the EV).<br><br>As shown below, the accused instrumentality enables real-time monitoring of the charging status of an electric vehicle (EV). It detects current location of a vehicle where the EV is plugged in. Users can monitor the battery status of the EV, including the percentage of charge completed or remaining, while the EV is charging. This energy consumed |

information, along with the vehicle's location, is displayed in the charging activity or charging details page within the accused instrumentality.



https://chargedevs.com/newswire/chargepoint-home-review/



https://www.youtube.com/watch?v=aYXVS02JKkw



https://chargedevs.com/newswire/chargepoint-home-review/