IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Minotaur Systems LLC,** | Case No. 1:25-cv-01239-UNA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Chargepoint, Inc.,** | |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: October 8, 2025

Respectfully submitted,

/s/ Brian Lutness
Brian Lutness
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Minotaur Systems LLC**

1

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 8, 2025 via the Court's CM/ECF system.

                                                        /s/ Brian Lutness
                                                        Brian Lutness